CATHARINE U. KABATT, Appellant, *v.* THE BOARD OF
EDUCATION OF THE CITY OF ELMIRA, Respondent.

(Argued May 19, 1936; decided June 2, 1936.)

*Anthony Kabatt* for appellant.
*Halsey Sayles* for respondent.

Appeal dismissed, with costs. We find no constitutional question involved. No opinion.

Coucur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.